# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Mazza

                                              Plaintiff,

v.                                                                  Case No.: 1:22−cv−05052
                                                                          Honorable Sara L. Ellis

Pactiv Evergreen Services Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion to preliminarily approve the settlement agreement [45]. The Court strikes the status date set for 3/5/2024 and resets it to 7/11/2024 at 1:45 PM for the final approval hearing. Plaintiff should submit the proposed preliminary approval order to the Court's proposed order email. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.