UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL MAZZA, individually, and as
representative of a Class of Participants
and Beneficiaries of the Pactiv Evergreen
Services Inc. Employee Savings Plan,

        Plaintiff,

        v.

PACTIV EVERGREEN SERVICES INC., et al.

        Defendants

Case No: 1:22-cv-5052

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND A CASE CONTRIBUTION AWARD**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 6, 2024 at 10:00 am., by telephonic conference, Plaintiff Michael Mazza ("Plaintiff") will and hereby does move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $241,667 (one-third of the $725,000.00 Gross Settlement Amount); (2) reimbursement of $44,576.38 in litigation costs, and $50,000.00 in settlement administration expenses (including $15,000 to the independent fiduciary); and (3) a case contribution award in the amount of $8,000 for each named Plaintiff.

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Paragraph 2.5 of the Parties' Class Action Settlement Agreement (Dkt. 47-1) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M Secunda, the previously filed declaration of the Class Representative (Dkt. 48), the Settlement Agreement, and

1

all files, records, and proceedings in this matter.

Counsel for Plaintiff has conferred with counsel for Defendants regarding this motion and have been advised that Defendants take no position directly or indirectly on Class Counsel's application for attorneys' fees and expenses. As of the filing of this motion, there also have been no objections to the Settlement or the proposed attorney fees and other expenses in that Notice.

Dated this 17th day of July, 2024     **WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (224) 698-2630
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

ATTORNEYS FOR PLAINTIFFS and
SETTLEMENT CLASS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda