UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL MAZZA, individually, and as
representative of a Class of Participants
and Beneficiaries of the Pactiv Evergreen
Services Inc. Employee Savings Plan,

    Plaintiff,

v.

PACTIV EVERGREEN SERVICES INC., et al.

    Defendants

Case No: 1:22-cv-5052

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Friday, September 6, 2024, at 10 a.m., by telephonic hearing, Plaintiff Michael Mazza ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (*Dkt. 47-1*).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 2.4 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representative (*Dkt. 48*), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

Defendants do not oppose the motion as parties to the Settlement.

Dated this 23rd day of August, 2024  Respectfully submitted,

**WALCHESKE & LUZI, LLC**

*/s/ Paul M. Secunda*
Paul M. Secunda
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (224) 698-2630
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

ATTORNEYS FOR PLAINTIFF and
SETTLEMENT CLASS

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda