UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL MAZZA, individually, and as
representative of a Class of Participants
and Beneficiaries of the Pactiv Evergreen
Services Inc. Employee Savings Plan,

  Plaintiff,          Case No: 1:22-cv-5052

  v.

PACTIV EVERGREEN SERVICES INC., et al.

  Defendants

**DECLARATION OF ANALYICS CONSULTING IN SUPPORT
OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

  I, Jeffrey Mitchell, declare and state as follows:

  1. I am currently a Project Manager for Analytics Consulting, LLC (hereinafter "Analytics"), located at 18675 Lake Drive East, Chanhassen, Minnesota, 55317. Analytics provides consulting services to the design and administration of class action and mass tort litigation settlements and notice programs. The settlements Analytics has managed over the past twenty-five years range in size from fewer than 100 class members to more than 40 million, including some of the largest and most complex notice and claims administration programs in history.

  2. Analytics' clients include corporations, law firms (both plaintiff and defense), the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, which since 1998 has retained Analytics to administer and provide expert advice

regarding notice and claims processing in their settlements/distribution of funds.

3. In my capacity as Project Manager, I count among my duties responsibility for matters relating to the settlement administration for the above- captioned litigation.

4. Analytics has been engaged in this matter to provide settlement administration services, including (among other things) the mailing of the Court- approved Settlement Notices, the establishment and maintenance of a Settlement Website and telephone call center facility, and the distribution of settlement benefits to Class Members (following final approval).

5. The Court approved Analytics as the Settlement Administrator in this matter in its Order on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

## Class Notice

6. On or about May 3, 2024, Analytics received data files from Defendants' counsel that contained a list of Settlement Class Member names, email addresses, mailing addresses, and quarterly account balances, amongst other information ("hereinafter "Class Data").

7. After receiving the Class Date, Analytics cross-referenced the Class Member addresses with the United States Postal Service National Change of Address database. There were 33,870 unique Settlement Class Members.

8. On June 6, 2024, Analytics emailed the Settlement Notice to Class Members who had an email address provided in the Class List. There were 1,026 Class Members in the Class List who did not have an email address available. Analytics therefore mailed the Settlement Notice by first-class U.S. Mail to the 1,026 Class Members without an email address. A copy of the template of the Notice is attached hereto as Exhibit 1.

9. Following the Notice distribution described in paragraph 8, Analytics' records found 2,855 Class Members who were issued the Notice by email had their email bounce.

Analytics subsequently caused the Notice to be sent by first-class mail to the affected records.

10. Through August 20, 2024, Notices sent by U.S. Mail have been returned to Analytics by the U.S. Postal Service with a forwarding address. In each case, Analytics updated the class list with the forwarding address and processed a re- mail of the Notice to the updated address.

11. Through August 20, 2024, 505 Notices sent by U.S. Mail were returned to Analytics by the U.S. Postal Service without a forwarding address. Analytics conducted a skip trace in attempt to ascertain a valid address for each affected Class Member. As a result of these efforts, 357 new addresses were identified for Class Members. Analytics subsequently updated the class list with these new addresses and processed a re-mail of the applicable Notice to each of those addresses. Of those, 75 Notices were returned undeliverable a second time.

12. In total, out of 33,870 Notices of Settlement, only 223 (approximately 0.7%) were ultimately undeliverable as of the date of this declaration, according to Analytics' records, despite Analytics' efforts to verify address information in advance of mailing and to update address information and re-mail the Notices if they were initially returned.

**Settlement Website and Telephone Information Line**

13. From June 6, 2024, to the present, Analytics has maintained a Settlement Website relating to this action, as provided by Paragraph 2.5(c) of the Settlement. The internet address for this Settlement Website is www.401kerisasettlement.com. Among other things, the Settlement Website includes: (1) a "Frequently Asked Questions" page containing a clear summary of essential case information; (2) a "Home" page and "Important Dates" page, containing clear notice of applicable deadlines; (3) case and settlement documents for download (including, among other things, the Settlement Agreement, Settlement Notice, and the Complaint; (4) contact information for Class Counsel; and (5) email, phone, and U.S. mail contact information for Analytics.

14. From June 6, 2024, to the present, Analytics has also maintained a toll-free telephone support line as a resource for Class Members seeking information about the Settlement, as provided by Paragraph 2.5(c) of the Settlement. The toll-free telephone line employs an interactive voice response system ("IVR system") to answer calls and provides callers the option of speaking with a live operator if they prefer. The toll-free number for the telephone support line is (855) 688-9518. This telephone number was referenced in the Settlement Notices and also appears on the Settlement Website.

## No Objections

15. As of the date of this Declaration, I am not aware of any objections to the Settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated August 21, 2024

DocuSigned by:
*Jeff Mitchell*
13EC110C92464EC...

Jeffrey Mitchell