# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Mazza

                                        Plaintiff,

v.                                                                            Case No.: 1:22−cv−05052
                                                                             Honorable Sara L. Ellis

Pactiv Evergreen Services Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 6, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 9/6/2024. Motion for attorney fees [55] is granted. Motion for settlement [59] is granted. The parties should submit the final approval settlement order to Judge Ellis#039; proposed order email. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.